PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00115-ADA-BAM |
| Plaintiff, | STIPULATION REGARDING DISCOVERY; FINDINGS AND PROTECTIVE ORDER |
| v. | |
| VICTOR ZERMENO, MATTHEW MENDEZ, MIGUEL BARRAGAN, JONATHAN MALDONADO, EZEQUIEL GUZMAN, VICTOR DIAZ, FRANCISCO DIAZ, EDUARDO AMEZCUA, MICHAEL NERI, ALEJANDRO HAWKINS, FRANCISCO FERMAN, IVAN HERNANDEZ, JORGE DELORES CRUZ | |
| Defendants. | |

**STIPULATION**

1. The discovery in the above-mentioned case includes thousands of pages of police reports, photographs, records, and search warrant affidavits that contain Personal Identifying Information of the

STIPULATION AND PROPOSED DISCOVERY
PROTECTIVE ORDER

1

1. defendants, other targets of the investigation, and non-targets of the investigation

2. The government will make best efforts to redact from the discovery personal identifying information of parties, such as social security numbers, driver's license numbers, etc.

3. The parties and defense counsel, including but not limited to defense counsel's staff, investigators, and outside assistants, shall not disclose the contents of the documents released by the government through discovery in this case, except as necessary for investigative work for the prosecution or presentation of defenses in this case. Although defense counsel may review discovery items with their clients, to protect the personal identifying information that may be contained in the discovery, no copies of documents, tape-recordings, or other items released by the government in discovery in this case may be given to the defendant or any third party who is not a member of defense counsel's staff or hired as defense investigators or outside assistants, including relatives or friends of the defendant, unless such items have been redacted to protect the personal identifying information.

4. Rule 16(d)(1) of the Federal Rules of Criminal Procedure provides that the "court may, for good cause, deny, restrict, or defer discovery, or inspection, or grant other appropriate relief."

IT IS SO STIPULATED.

Dated: June 21, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney

Dated: June 21, 2023

/s/ MARC DAYS
MARC DAYS
Counsel for Defendant
Victor Zermeno

Dated: June 21, 2023

/s/ PETER JONES
PETER JONES
Counsel for Defendant
Miguel Barragan

STIPULATION AND PROPOSED DISCOVERY PROTECTIVE ORDER

| | |
|---|---|
| Dated:  June 21, 2023 | /s/ ANTHONY P. CAPOZZI<br>ANTHONY P. CAPOZZI<br>Counsel for Defendant<br>Ezequiel Guzman |
| Dated:  June 21, 2023 | /s/ GRENVILLE PRIDHAM<br>GRENVILLE PRIDHAM<br>Counsel for Defendant<br>Jonathan Maldonado |
| Dated:  June 21, 2023 | /s/ ROGER D. WILSON<br>ROGER D. WILSON<br>Counsel for Defendant<br>Matthew Mendez |
| Dated:  June 21, 2023 | /s/ DOUGLAS C. FOSTER<br>DOUGLAS C. FOSTER<br>Counsel for Defendant<br>Alejandro Hawkins |
| Dated:  June 21, 2023 | /s/ ERIC H. SCHWEITZER<br>ERIC H. SCHWEITZER<br>Counsel for Defendant<br>Francisco Diaz |
| Dated:  June 21, 2023 | /s/ VICTOR M. CHAVEZ<br>VICTOR M. CHAVEZ<br>Counsel for Defendant<br>Francisco Ferman |
| Dated:  June 21, 2023 | /s/ STEVEN CRAWFORD<br>STEVEN CRAWFORD<br>Counsel for Defendant<br>Ivan Hernandez |

STIPULATION AND PROPOSED DISCOVERY PROTECTIVE ORDER

| | |
|---|---|
| Dated:  June 21, 2023 | /s/ DANIEL L. HARRALSON<br>DANIEL L. HARRALSON<br>Counsel for Defendant<br>Michael Neri |
| Dated:  June 21, 2023 | /s/ MELISSA BALOIAN<br>MELISSA BALOIAN<br>Counsel for Defendant<br>Eduardo Amezcua |
| Dated:  June 21, 2023 | /s/ CHRISTINA CORCORAN<br>CHRISTINA CORCORAN<br>Counsel for Defendant<br>Jorge Delores Cruz |

**PROTECTIVE ORDER**

IT IS SO ORDERED.

Dated:  **June 22, 2023**         /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE

STIPULATION AND PROPOSED DISCOVERY PROTECTIVE ORDER                    4

STIPULATION AND PROPOSED DISCOVERY PROTECTIVE ORDER

5