PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR JAVIER ZERMENO, a/k/a "Moreno," a/k/a "Negro";<br>MIGUEL BARRAGAN, a/k/a "Mikey," a/k/a "Mikey Banger," a/k/a "MB";<br>EZEQUIEL GUZMAN, a/k/a "Cheque";<br>JOEY MAGADAN;<br>JONATHAN MALDONADO, a/k/a "Sirjohn";<br>MATTHEW PETE MENDEZ, a/k/a "Mateo";<br>ALEJANDRO HAWKINS;<br>VICTOR AGUILAR DIAZ;<br>FRANCISCO SALINAS DIAZ, a/k/a "Kid," a/k/a "Kip";<br>FRANCISCO FERMAN;<br>IVAN ALEJANDRO HERNANDEZ;<br>MICHAEL NERI, a/k/a "Chorro";<br>EDUARDO AMEZCUA, a/k/a "E"; and<br>JORGE DELORES CRUZ, a/k/a "Jorge Dolores",<br><br>Defendants. | CASE NO. 1:23-CR-00115-ADA-BAM<br><br>STIPULATION SCHEUDLING ARRAIGNMENT, CONTINUING STATUS CONFERENCE, AND REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: September 27, 2023<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

1. On August 21, 2023, a grand jury returned a superseding indictment in this case. As a result, the defendants must be arraigned on the charges.

2. The parties move to schedule an arraignment on the superseding indictment on

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

1  September 27, 2023, at 2:00 pm.

2      3.     By previous order, this matter was also set for status on September 27, 2023.

3      4.     By this stipulation, defendants now move to continue the status conference until January 10, 2024, and to exclude time between September 27, 2023, and January 10, 2024, under Local Code T4.

6      5.     The parties agree and stipulate, and request that the Court find the following:

       a)     The government has represented that the discovery associated with this case includes thousands of pages of investigative reports, photographs, several large cell phone extractions, video evidence (including body-worn camera), thousands of pages of social media content, and hours of recorded, intercepted communications.  All this discovery has been either produced directly to counsel and/or made available for inspection and copying.

       b)     Counsel for defendant desires additional time to conduct independent investigation, review the voluminous discovery, consult with his/her client, conduct research, explore a pretrial resolution of the case, and otherwise prepare for trial.

       c)     Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

       d)     The government does not object to the continuance.

       e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

       f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 27, 2023 to January 10, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(ii), (iv) [Local Code T4] because the case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section and it results from a continuance granted by the Court

at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial..

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 18, 2023                     PHILLIP A. TALBERT
                                               United States Attorney


                                               /s/ ANTONIO J. PATACA
                                               ANTONIO J. PATACA
                                               Assistant United States Attorney

Dated:  September 18, 2023                     /s/ MARC DAYS
                                               MARC DAYS
                                               Counsel for Defendant
                                               Victor Zermeno

Dated:  September 18, 2023                     /s/ PETER JONES
                                               PETER JONES
                                               Counsel for Defendant
                                               Miguel Barragan

Dated:  September 18, 2023                     /s/ ANTHONY P. CAPOZZI
                                               ANTHONY P. CAPOZZI
                                               Counsel for Defendant
                                               Ezequiel Guzman

Dated:  September 18, 2023                     /s/ MARIO TAFUR
                                               MARIO TAFUR
                                               Counsel for Defendant
                                               Jonathan Maldonado

Dated: September 18, 2023                   /s/ ROGER D. WILSON
                                            ROGER D. WILSON
                                            Counsel for Defendant
                                            Matthew Mendez

Dated: September 18, 2023                   /s/ DOUGLAS C. FOSTER
                                            DOUGLAS C. FOSTER
                                            Counsel for Defendant
                                            Alejandro Hawkins

Dated: September 18, 2023                   /s/ ERIC H. SCHWEITZER
                                            ERIC H. SCHWEITZER
                                            Counsel for Defendant
                                            Francisco Diaz

Dated: September 18, 2023                   /s/ VICTOR M. CHAVEZ
                                            VICTOR M. CHAVEZ
                                            Counsel for Defendant
                                            Francisco Ferman

Dated: September 18, 2023                   /s/ STEVEN CRAWFORD
                                            STEVEN CRAWFORD
                                            Counsel for Defendant
                                            Ivan Hernandez

Dated: September 18, 2023                   /s/ DANIEL L. HARRALSON
                                            DANIEL L. HARRALSON
                                            Counsel for Defendant
                                            Michael Neri

Dated: September 18, 2023                   /s/ MELISSA BALOIAN
                                            MELISSA BALOIAN
                                            Counsel for Defendant
                                            Eduardo Amezcua

Dated: September 18, 2023                   /s/ CHRISTINA CORCORAN
                                            CHRISTINA CORCORAN
                                            Counsel for Defendant
                                            Jorge Delores Cruz

Dated: September 18, 2023

/s/ W. SCOTT QUINLAN
W. SCOTT QUINLAN
Counsel for Defendant
Joey Magadan

## ORDER

IT IS SO ORDERED that an arraignment on the superseding indictment is set for **September 27, 2023, at 2:00 p.m. before Magistrate Judge Stanley A. Boone**.

IT IS FURTHER ORDERED that the status conference is continued from September 27, 2023, to **January 10, 2024, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(ii), (iv).

IT IS SO ORDERED.

Dated:   **September 18, 2023**            /s/ Barbara A. McAuliffe
                                                                    UNITED STATES MAGISTRATE JUDGE