MICHELE BECKWITH
Acting United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00115-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION VACATING STATUS CONFERENCE AND SETTING CHANGE OF PLEA HEARING; AND ORDER |
| v. | |
| VICTOR JAVIER ZERMENO, | |
| Defendant. | |

**STIPULATION**

1. By previous order, this matter was set for status conference on May 28, 2025.

2. By this stipulation, defendant now moves to vacate the status conference and set a change of plea hearing on March 24, 2025.

3. Defense counsel has confirmed that the defendant is prepared to enter a change of plea and anticipates filing the signed plea agreement within a week.

4. No exclusion of time is required as time was previously excluded up to and including May 28, 2025.

IT IS SO STIPULATED.

STIPULATION VACATING STATUS
CONFERENCE AND SETTING CHANGE OF PLEA

1

Dated: February 21, 2025                MICHELE BECKWITH
                                        Acting United States Attorney


                                        /s/ ANTONIO J. PATACA
                                        ANTONIO J. PATACA
                                        Assistant United States Attorney


Dated: February 21, 2025                /s/ MARC DAYS
                                        MARC DAYS
                                        Counsel for Defendant
                                        VICTOR JAVIER ZERMENO


## ORDER

IT IS SO ORDERED that the status conference set for May 28, 2025, is vacated. A change of plea hearing is set for **March 24, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Time was previously excluded through May 28, 2025.

IT IS SO ORDERED.

Dated:  **February 21, 2025**              /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE

STIPULATION VACATING STATUS
CONFERENCE AND SETTING CHANGE OF PLEA

2