Marc Days, CA Bar #184098
Days Law Firm
1125 T Street
Fresno, California 93721
Telephone: (559) 708-4844

Attorney for Defendant
VICTOR ZERMENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR ZERMENO<br><br>Defendant. | No. 1:23-cr-00115-1-TLN-BAM<br><br>MOTION TO TERMINATE CJA APPOINTMENT OF MARC DAYS AS ATTORNEY OF RECORD; ORDER |

On May 26, 2023, Defendant Victor Zermeno made an initial appearance on a federal criminal complaint. CJA Panel Attorney Marc Days was appointed as trial counsel to represent Mr. Zermeno on May 31, 2023, and on June 8, 2023, Mr. Zermeno was indicted on federal charges. Mr. Zermeno was sentenced pursuant to a plea agreement on July 2, 2025. The time for filing a direct appeal was July 16, 2025. No direct appeal was filed. Mr. Zermeno was in custody at sentencing. The trial phase of Mr. Zermeno's case has, therefore, come to an end. Having completed his representation of Mr. Zermeno, CJA attorney Marc Days now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Zermeno require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated:  November 20, 2025                                Respectfully submitted,

/s/ *Marc Days*
MARC DAYS
Attorney for Defendant
Victor Zermeno

**O R D E R**

Having reviewed the notice and found that attorney Marc Days has completed the services for which he was appointed, the Court hereby grants attorney Days' request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Zermeno at the following address and to update the docket to reflect Defendant's pro se status and contact information.

FCI Milan
Victor Zermeno Registration Number: 61128-510
4004 East Arkona Road
Milan, MI 48160

**IT IS SO ORDERED.**

Dated: November 20, 2025

Troy L. Nunley
Chief United States District Judge